# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03019-GPG

GAZI IBRAHIM ABUMEZER,

    Applicant,

v.

M.A. STANCIL,

    Respondent.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Applicant's motion for extension of time (ECF No. 5)[1] is GRANTED. Applicant must pay the full $5.00 filing fee **within thirty (30) days from the date of this Minute Order** if he wishes to pursue his claims in this action. If Applicant fails to pay the $5.00 filing fee within the time allowed, the habeas corpus application will be denied and the action will be dismissed without further notice.

    Dated: January 7, 2019

---

[1] ("ECF No. 5") is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).